**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

In re: **Eric S Swenson**                     Case No. _____

                    Debtor                    Chapter **13**

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of **4** sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated: **1/26/2010**                          Signed: **s/ Eric S Swenson**
                                                      **Eric S Swenson**

Ali A. Weichler
1659 Belleville Way Unit C
Sunnyvale, CA  94087

American Express
P.O. Box 981535
El Paso, TX 79998-1535

Mechanics BK
725 Alfred Noble Drive
Hercules, CA 94547

Banana Republic
PO Box 530942
Atlanta, GA 30353-0942

Bank of America
P.O. Box 15026
Wilmington, DE 19850-5026

Capital One Bank (USA), N.A.
P.O. Box 71083
Charlotte, NC 28272-1083

Capitol One
PO Box 30281
Salt Lake City, Utah 84130

Chase
PO Box 1547
Orldando, FL 32802

Chase Health Advance
PO Box 4758
Carol Stream, IL 60197-4758

Christopher Piekarski
1344 Iris Court
San Jose, CA  95125

Citi Cards
PO Box 91600
Albuquerque, NM 87199

Citi Cards
PO Box 6077
Sioux Falls, SD 57117-6077

Continental Credit Control
PO Box 30348
Santa Clara, CA 93130-0348

Countrywide Home Loans
450 American Street
Simi Valley, CA  93065

Discover Card
PO Box 30943
Salt Lake City, UT 84130

Discover Fin
PO Box 15316
Wilmington, DE 19850

ETS Services, LLC
225 North Ontario Street
Suite 400
Burbank, CA  91504-3120

Global Credit & Collection Corp
PO Box 101928, Dept 2417
Birmingham, AL 35210

GMAC Mortgage
PO Box 4622
Waterloo, IA 50704

Indymac Bank
1 National City Parkway
Kalamazoo, MI  49009

JPMorgan Chase Legal Department
300 S. Grand Avenue - 4th Floor
Los Angeles, CA 90071

National City Home Equity
4661 East Main St
Columbus, OH  43251

NCo Financial Systems, Inc.
PO Box 15760
Dept 07
Wilmington, DE 19850-5760

NCO Financial Systems, Inc.
507 Prudential Road
Horsham, PA 19044

Nordstrom
PO Box 79137
Phoenix, AZ 85062-9137

Northstar Location Services, LLC
4285 Genesee Street
Cheektowaga, NY 14225-1943

Sharon Piekarski
1344 Iris Court
San Jose, CA  95125

Spec Loan Service
8142 Lucent Blvd #300
Highlands, CO  80129

Urological Surgeons of NoCA
111 North Market Street, Suite 300
San Jose, CA 95113-1116

US Bank
PO Box 5227
Cincinnati, 45201

Valley Radiology Medical Assoc.
PO Box 49058
San Jose, CA 95161-9058

William F. Locke - Paddon
311 Bonita Drive
Aptos, CA  95003

Atty Gen, US Dept of Justice
Civil Trial Sec., Western Region
P.O. Box 683, Ben Franklin Stat.
Washington, DC 20044-0683

ChexSystem
Consumer Relations
7805 Hudson Road, Suite 100
Woodbury, MN 55125-1595

Franchise Tax Board
P.O. Box 942867
Sacramento, CA 94267-0041

Internal Revenue Service
Insolvency, MS 5420-5430
Special Procedures
55 S. Market St.
San Jose, CA 95113-21334

```
Internal Revenue Service
Insolvency Section
Stop N781
P.O. Box 21126
Philadelphia, PA 19114-0326

US Atty, Chief Tax Division
450 Golden Gate Ave.
10th Floor, Box 36055
San Francisco, CA 94102-3661
```