**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

In re: **Eric S. Swenson**      Case No. **10-50739 RLE**

**Debtor**      Chapter **7**

# AMENDED - VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of **6** sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated: **3/29/2010**      Signed: **s/ Eric S. Swenson**
    **Eric S. Swenson**

American Express
P.O. Box 981535
El Paso, TX 79998-1535

Mechanics BK
725 Alfred Noble Drive
Hercules, CA 94547

Bank of America
P.O. Box 15026
Wilmington, DE 19850-5026

Capital One Bank (USA), N.A.
P.O. Box 71083
Charlotte, NC 28272-1083

Capitol One
PO Box 30281
Salt Lake City, Utah 84130

The Mechanics Bank
Installment Loan Department
PO Box 4000
Richmond, CA 94804-0400

CBNA
200 Creekside Drive
Dickson, TN 37055

Chase
PO Box 1547
Orldando, FL 32802-1547

Chase Health Advance
PO Box 4758
Carol Stream, IL 60197-4758

Christopher Piekarski
1344 Iris Court
San Jose, CA  95125

Citi Cards
PO Box 91600
Albuquerque, NM 87199

Citi Cards
PO Box 6077
Sioux Falls, SD 57117-6077

Continental Credit Control
PO Box 30348
Santa Clara, CA 93130-0348

Banana Republic
PO Box 530942
Atlanta, GA 30353-0942

Countrywide Home Loans
450 American Street
Simi Valley, CA 93065

CSC - Lawyers Incorporating Service
2730 Gateway Oaks Dr., Ste. 100
Sacramento, CA 95833

Discover Card
PO Box 15316
Wilmington, DE 19850

Discover Card
PO Box 30943
Salt Lake City, UT 84130

E.F. Foley & Co. Inc.
1500 E. Hamilton Ave., Suite 109
Campbell, CA 95008

Ed Summerfield et al
c/o Russell. A. Robinson
Law office of Russell A. Robinson
345 Grove Street, 1st Floor
San Francisco, CA 94102

Global Credit & Collection Corp
PO Box 101928, Dept 2417
Birmingham, AL 35210

Ali A. Weichler
1659 Belleville Way Unit C
Sunnyvale, CA  94087

Penaat Trust Receivable
c/o William F. Locke-Paddon, Esq.
PO Box 1076
Aptos, CA 95001

Indymac Bank
1 National City Parkway
Kalamazoo, MI  49009

JPMorgan Chase
300 S. Grand Avenue - 4th Floor
Los Angeles, CA 90071

Leonardo Agustin
950 Reserve Drive, Ste. 100
Roseville, CA 95678

Mendocino Tax Collector
501 Low Gap Road
Ukiah, CA 95482-3734

NCO Financial Systems, Inc.
507 Prudential Road
Horsham, PA 19044

NCO Financial Systems, Inc.
Dept. 07
PO Box 15760
Wilmington, DE 19850-5760

Nordstrom
PO Box 79137
Phoenix, AZ 85062-9137

Northstar Location Services, LLC
4285 Genesee Street
Cheektowaga, NY 14225-1943

Residential Funding Corp.
c/o CT Corporation System
servicing agent
818 West Seventh Street
Los Angeles, CA 90017

National City Home Equity
4661 East Main St
Columbus, OH  43251

Santa Clara Tax Collector
County Government Center East Wing
70 West Hedding Street
San Jose, CA 95110

Sharon Piekarski
1344 Iris Court
San Jose, CA  95125

The Mechanics Bank
725 Alfred Nobel Drive
Hercules, CA 94547

Urological Surgeons of NoCA
111 North Market Street, Suite 300
San Jose, CA 95113-1116

US Bank
PO Box 5227
Cincinnati, OH 45201

Franchise Tax Board
P.O. Box 942867
Sacramento, CA 94267-0041

Internal Revenue Service
Insolvency, MS 5420-5430
Special Procedures
55 S. Market St.
San Jose, CA 95113-21334

Valley Radiology Medical Assoc.
PO Box 49058
San Jose, CA 95161-9058

Atty Gen, US Dept of Justice
Civil Trial Sec., Western Region
P.O. Box 683, Ben Franklin Stat.
Washington, DC 20044-0683

ChexSystem
Consumer Relations
7805 Hudson Road, Suite 100
Woodbury, MN 55125-1595

Franchise Tax Board
P.O. Box 942867
Sacramento, CA 94267-0041

Internal Revenue Service
Insolvency, MS 5420-5430
Special Procedures
55 S. Market St.
San Jose, CA 95113-21334

```
Internal Revenue Service
Insolvency Section
Stop N781
P.O. Box 21126
Philadelphia, PA 19114

US Atty, Chief Tax Division
450 Golden Gate Ave.
10th Floor, Box 36055
San Francisco, CA 94102-3661
```