# FORM 6. SCHEDULES

Summary of Schedules
Statistical Summary of Certain Liabilities

| | | |
|---|---|---|
| Schedule A | - | Real Property |
| Schedule B | - | Personal Property |
| Schedule C | - | Property Claimed as Exempt |
| Schedule D | - | Creditors Holding Secured Claims |
| Schedule E | - | Creditors Holding Unsecured Priority Claims |
| Schedule F | - | Creditors Holding Unsecured Nonpriority Claims |
| Schedule G | - | Executory Contracts and Unexpired Leases |
| Schedule H | - | Codebtors |
| Schedule I | - | Current Income of Individual Debtor(s) |
| Schedule J | - | Current Expenditures of Individual Debtor(s) |

Unsworn Declaration under Penalty of Perjury

GENERAL INSTRUCTIONS: The first page of the debtor's schedules and the first page of any amendments thereto must contain a caption as in Form 16B. Subsequent pages should be identified with the debtor's name and case number. If the schedules are filed with the petition, the case number should be left blank.

Schedules D, E, and F have been designed for the listing of each claim only once. Even when a claim is secured only in part or entitled to priority only in part, it still should be listed only once. A claim which is secured in whole or in part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed on Schedule E only. Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

**United States Bankruptcy Court**

**Northern District of California**

**San Jose Division**

In re  **Eric S. Swenson** _____,
                                          Debtor

Case No.  **10-50739 RLE** _____

Chapter  **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 2 | $  787,214.50 | | |
| B - Personal Property | YES | 5 | $  52,369.56 | | |
| C - Property Claimed as Exempt | YES | 2 | | | |
| D - Creditors Holding Secured Claims | YES | 4 | | $  981,452.82 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 3 | | $  22,319.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 8 | | $  676,737.04 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 2 | | | $  0.00 |
| J - Current Expenditures of Individual Debtor(s) | YES | 2 | | | $  11,517.34 |
| TOTAL | | 30 | $  839,584.06 | $  1,680,508.86 | |

# United States Bankruptcy Court
## Northern District of California
### San Jose Division

In re  **Eric S. Swenson**

_____
Debtor

Case No.  **10-50739 RLE** _____

Chapter  **7** _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 22,319.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 22,319.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 0.00 |
| Average Expenses (from Schedule J, Line 18) | $ 11,517.34 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ 0.00 |

# United States Bankruptcy Court
## Northern District of California
### San Jose Division

In re  **Eric S. Swenson**                    Case No.  __10-50739 RLE__
                         Debtor              Chapter  __7__

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $   **225,032.00** |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $   **22,319.00** | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $   **0.00** |
| 4. Total from Schedule F | | $   **676,737.04** |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $   **901,769.04** |

In re:  **Eric S. Swenson**                                     Case No.  **10-50739 RLE**
                                                                          (If known)
                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **1132 Brace Avenue**<br>**San Jose, CA 95125-0000**<br>**- - 2 bed, 2 bath - -**<br><br>**Total value: $709,929.00**<br>**Total claims: $1,028,993.00**<br><br>**Debtor is joint tenant with wife, as such he owns 50% of real property and is liable for 50% of secured claims.** | **Fee Owner** | **J** | **$ 354,964.50** | **$ 514,496.50** |
| **34620 S. Highway 1**<br>**Gualala, CA 95445**<br>**- - Vacant Land - -**<br><br>**34600 S. Highway 1**<br>**Gualala, CA 95445**<br>**- - Investment Property - -**<br><br>**2 Bed, 1 Bath**<br><br>**Total value: $700,000**<br>**Total claims: $869,000**<br><br>**Same secured claims for both properties.**<br><br>**Debtor is joint tenant with wife on both properties, as such he owns 50% of properties and is liable for 50% of secured claims.** | **Fee Owner** | **J** | **$ 350,000.00** | **$ 434,500.00** |

In re:   **Eric S. Swenson**                                                                    Case No.   **10-50739 RLE**
                                                                                                                              **(If known)**
                        **Debtor**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **46810 Ocean View Lane Gualala, CA 95445 -- Investment Property --**<br><br>**2 bed, 2 bath**<br><br>**Total value: $329,000 Total claims: $368,000 +**<br><br>**Debtor is 1 of 4 joint tenants on title as such he owns 25% of the real property. Debtor is not named on either of the 2 secured claims.** | **Fee Owner** | **J** | **$ 82,250.00** | **$ 92,000.00** |
| | | Total ➢ | **$ 787,214.50** | |

(Report also on Summary of Schedules.)

In re  **Eric S. Swenson**                                                    Case No.  **10-50739 RLE**

                          **Debtor**                                                                      **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash on hand** | C | 65.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of America checking account # XX-X-9819** | J | 17.54 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of America savings account #XX-X-0286** | J | 20.07 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Chase checking account #XX-X-3513** | J | 1,091.95 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Basement furniture** | C | 100.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | **Bedroom furniture** | C | 500.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | **Bicycles** | C | 500.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | **Camera** | C | 100.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | **Dining room furniture** | C | 500.00 |

In re  **Eric S. Swenson**                                        ,        Case No.  **10-50739 RLE**
                    **Debtor**                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Dishes and silverware | C | 150.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | Fridge | C | 350.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | Gardening and carpentry tools | C | 200.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | Home computers | C | 520.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | Living room furniture | C | 500.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | Microwave | C | 50.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | Patio furniture | C | 200.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | Records & CDs | C | 100.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | Small household appliances | C | 200.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | Sports equipment | C | 100.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | Sports equipment | C | 300.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | Stereo system | C | 500.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | Stove | C | 350.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | Television set | C | 500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Artwork | C | 500.00 |
| Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Books & CDs | C | 250.00 |
| 6. Wearing apparel. | | Children's Clothing | C | 250.00 |

In re  **Eric S. Swenson**                                      .                Case No.  **10-50739 RLE**
                                        **Debtor**                                                            **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 6. Wearing apparel. | | **Debtor's Clothing** | **C** | **500.00** |
| Wearing apparel. | | **Wife's Clothing** | **C** | **500.00** |
| 7. Furs and jewelry. | | **Jewelry and watches** | **C** | **12,000.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Life insurance policy for Debtor - zero cash value** | **C** | **0.00** |
| Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Life insurance policy for wife - zero cash value** | **C** | **0.00** |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | | **Education 529 acct # #00704905041 for daughter valued at $1,491.02 - NOT PROPERTY OF THE ESTATE -** | **C** | **0.00** |
| Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | | **Education 529 acct # #00704905041 for son valued at $1,449.84 - NOT PROPERTY OF THE ESTATE -** | **C** | **0.00** |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Debtor owns 100% shares of Prime Residential Invest. Inc. - NO MARKET VALUE as business is a one man shop run by Debtor.** | **C** | **0.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Loans to defunct company - Strategic Lending company $35,000 on 06/29/05 and $18,000 on 3/24/06. LOANS NOT COLLECTIBLE.** | **C** | **0.00** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitle. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| | | | | |

In re   **Eric S. Swenson**                                      ,        Case No.   **10-50739 RLE**
                          **Debtor**                                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2001 BMW X5 4.4i 140,000 miles** | J | 8,625.00 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2004 Porsche Cayenne 72,000 miles** | J | 22,830.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested.  Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

In re   **Eric S. Swenson**                                                                Case No.   **10-50739 RLE**
                                                                ,
                          **Debtor**                                                                      **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | <u>4</u>   continuation sheets attached | Total ➢ | **$ 52,369.56** |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

In re  **Eric S. Swenson**                                        Case No.  **10-50739 RLE**
_____                              _____
                    Debtor                                                        (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $136,875
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| **2001 BMW X5 4.4i 140,000 miles** | **C.C.P. §§ 703.140(b)(1)** | **5,325.00** | **8,625.00** |
| | **C.C.P.§§ 703.140(b)(2)** | **3,300.00** | |
| **2004 Porsche Cayenne 72,000 miles** | **C.C.P. §§ 703.140(b)(1)** | **2,660.00** | **22,830.00** |
| **Artwork** | **C.C.P. §§ 703.140(b)(3)** | **500.00** | **500.00** |
| **Bank of America checking account # XX-X-9819** | **C.C.P. §§ 703.140(b)(1)** | **17.54** | **17.54** |
| **Bank of America savings account #XX-X-0286** | **C.C.P. §§ 703.140(b)(1)** | **20.07** | **20.07** |
| **Basement furniture** | **C.C.P. §§ 703.140(b)(3)** | **100.00** | **100.00** |
| **Bedroom furniture** | **C.C.P. §§ 703.140(b)(3)** | **500.00** | **500.00** |
| **Bicycles** | **C.C.P. §§ 703.140(b)(3)** | **500.00** | **500.00** |
| **Books & CDs** | **C.C.P. §§ 703.140(b)(3)** | **250.00** | **250.00** |
| **Camera** | **C.C.P. §§ 703.140(b)(3)** | **100.00** | **100.00** |
| **Cash on hand** | **C.C.P. §§ 703.140(b)(1)** | **65.00** | **65.00** |
| **Chase checking account #XX-X-3513** | **C.C.P. §§ 703.140(b)(5)** | **1,091.95** | **1,091.95** |
| **Children's Clothing** | **C.C.P. §§ 703.140(b)(3)** | **250.00** | **250.00** |
| **Debtor's Clothing** | **C.C.P. §§ 703.140(b)(3)** | **500.00** | **500.00** |
| **Dining room furniture** | **C.C.P. §§ 703.140(b)(3)** | **500.00** | **500.00** |
| **Dishes and silverware** | **C.C.P. §§ 703.140(b)(3)** | **150.00** | **150.00** |
| **Fridge** | **C.C.P. §§ 703.140(b)(3)** | **350.00** | **350.00** |
| **Gardening and carpentry tools** | **C.C.P. §§ 703.140(b)(3)** | **200.00** | **200.00** |
| **Home computers** | **C.C.P. §§ 703.140(b)(3)** | **525.00** | **520.00** |
| **Jewelry and watches** | **C.C.P. §§ 703.140(b)(1)** | **10,650.00** | **12,000.00** |
| | **C.C.P. §§ 703.140(b)(4)** | **1,350.00** | |

In re  **Eric S. Swenson**                                    Case No.  **10-50739 RLE**

                                Debtor                                              (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---:|---:|
| **Living room furniture** | **C.C.P. §§ 703.140(b)(3)** | **500.00** | **500.00** |
| **Microwave** | **C.C.P. §§ 703.140(b)(3)** | **50.00** | **50.00** |
| **Patio furniture** | **C.C.P. §§ 703.140(b)(3)** | **200.00** | **200.00** |
| **Records & CDs** | **C.C.P. §§ 703.140(b)(3)** | **100.00** | **100.00** |
| **Small household appliances** | **C.C.P. §§ 703.140(b)(3)** | **200.00** | **200.00** |
| **Sports equipment** | **C.C.P. §§ 703.140(b)(3)** | **300.00** | **300.00** |
| **Sports equipment** | **C.C.P. §§ 703.140(b)(3)** | **100.00** | **100.00** |
| **Stereo system** | **C.C.P. §§ 703.140(b)(3)** | **500.00** | **500.00** |
| **Stove** | **C.C.P. §§ 703.140(b)(3)** | **350.00** | **350.00** |
| **Television set** | **C.C.P. §§ 703.140(b)(3)** | **500.00** | **500.00** |
| **Wife's Clothing** | **C.C.P. §§ 703.140(b)(3)** | **500.00** | **500.00** |

In re **Eric S. Swenson** _____.        Case No. **10-50739 RLE**
_____
                    **Debtor**                                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐     Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Ali A. Weichler 1659 Belleville Way Unit C Sunnyvale, CA 94087** | X | J | **Second Lien on Residence 34620 S. Highway 1 Gualala, CA 95445 - - Vacant Land - -** <br><br> **34600 S. Highway 1 Gualala, CA 95445 - - Investment Property - -** <br><br> **2 Bed, 1 Bath** <br><br> **Total value: $700,000 Total claims: $869,000** | | | | 134,500.00 | 65,500.00 |

_3_ continuation sheets
attached

Subtotal  ➤
(Total of this page)                                                    $ 134,500.00 | $ 65,500.00

Total  ➤
(Use only on last page)                                              $ | $

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re   Eric S. Swenson                                       .          Case No.   10-50739 RLE

                         Debtor                                                    (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | | Same secured claims for both properties.<br><br>Debtor is joint tenant with wife on both properties, as such he owns 50% of properties and is liable for 50% of secured claims.<br><br>VALUE $350,000.00 | | | | | |
| ACCOUNT NO.  144-011-18<br>Mendocino Tax Collector<br>501 Low Gap Road<br>Ukiah, CA 95482-3734 | | J | Statutory Lien<br>Property tax owed for 2008<br><br>34600 S. Hwy 1<br>Gualala, CA 95445<br><br>VALUE $0.00 | | | | 3,205.26 | 0.00 |
| ACCOUNT NO.  144-011-19<br>Mendocino Tax Collector<br>501 Low Gap Road<br>Ukiah, CA 95482-3734 | | J | Statutory Lien<br>Property owed from 2008<br><br>34620 S. Hwy 1<br>Gualala, CA 95445<br><br>VALUE $0.00 | | | | 2,513.06 | 0.00 |
| ACCOUNT NO.<br>National City Home Equity<br>4661 East Main St<br>Columbus, OH  43251 | X | J | Second Lien on Residence<br>1132 Brace Avenue<br>San Jose, CA 95125-0000<br>- - 2 bed, 2 bath - -<br><br>Primary residence<br><br>VALUE $354,964.50 | | | | 114,640.00 | 114,640.00 |

Sheet no.  1 of  3 continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal   ➤
(Total of this page)

| $ | 254,858.32 | $ | 180,140.00 |
|---|---|---|---|
| $ | | $ | |

Total   ➤
(Use only on last page)

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re  **Eric S. Swenson**                                         .        Case No.  **10-50739 RLE**
_____            _____
                                   **Debtor**                                                        **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | X | J | | | | | 300,000.00 | 0.00 |
| **Penaat Trust Receivable c/o William F. Locke-Paddon, Esq. PO Box 1076 Aptos, CA 95001** | | | **Mortgage 34620 S. Highway 1 Gualala, CA 95445 - - Vacant Land - -**<br><br>**34600 S. Highway 1 Gualala, CA 95445 - - Investment Property - -**<br><br>**2 Bed, 1 Bath**<br><br>**Total value: $700,000 Total claims: $831,000**<br><br>**Same secured claims for both properties.**<br><br>**Debtor is joint tenant with wife on both properties, as such he owns 50% of properties and is liable for 50% of secured claims.**<br><br>**VALUE $350,000.00** | | | | | |
| ACCOUNT NO. | X | J | | | | | 399,856.50 | 44,892.00 |
| **Residential Funding Corp. c/o CT Corporation System servicing agent 818 West Seventh Street Los Angeles, CA 90017**<br><br>**CSC - Lawyers Incorporating Service 2730 Gateway Oaks Dr., Ste. 100 Sacramento, CA 95833** | | | **Mortgage 1132 Brace Avenue San Jose, CA 95125-0000 - - 2 bed, 2 bath - -**<br><br>**Primary residence**<br><br>**VALUE $354,964.50** | | | | | |

Sheet no. _2_ of _3_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal  ➤
(Total of this page)

Total  ➤
(Use only on last page)

| | |
|---|---|
| $  **699,856.50** | $  **44,892.00** |
| $ | $ |

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re **Eric S. Swenson** , Case No. **10-50739 RLE**

**Debtor** **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **429-17-015-00** <br> **Santa Clara Tax Collector County Government Center East Wing 70 West Hedding Street San Jose, CA 95110** | | J | **Statutory Lien** <br> **Property tax for 1132 Brace Avenue, San Jose, CA 95125** <br><br> **VALUE $354,964.50** | | | | 6,572.00 | 0.00 |
| ACCOUNT NO. **3780 517496** <br> **The Mechanics Bank Installment Loan Department PO Box 4000 Richmond, CA 94804-0400** <br><br> **The Mechanics Bank 725 Alfred Nobel Drive Hercules, CA 94547** | | C | **Security Agreement** <br> **2004 Porsche Cayenne 72,000 miles** <br><br> **VALUE $22,830.00** | | | | 20,166.00 | 0.00 |

Sheet no. 3 of 3 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal  ➢
(Total of this page)

| $ | 26,738.00 | $ | 0.00 |
|---|---|---|---|

Total  ➢
(Use only on last page)

| $ | 981,452.82 | $ | 225,032.00 |
|---|---|---|---|

(Report also on Summary of Schedules)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re    **Eric S. Swenson** _____     Case No.   <u>10-50739 RLE</u> _____
              _____
                            Debtor                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

❑    Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

❑  **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑  **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❑  **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑  **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

In re   **Eric S. Swenson**                                                                                    .          Case No.   **10-50739 RLE**

Debtor                                                                                                  (If known)

☐   **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐    **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑   **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐   **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐   **Claims for Death or Personal Injury  While Debtor Was Intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    * Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u>  **continuation sheets attached**

In re __Eric S. Swenson__          Case No. __10-50739 RLE__
<br>Debtor                                                            (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

### Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **xxx-xx-1294**<br>**Franchise Tax Board**<br>**P.O. Box 942867**<br>**Sacramento, CA 94267-0041** | X | J | **State taxes owed for 2008** | | | | **5,187.00** | **5,187.00** | **$0.00** |
| ACCOUNT NO.   **xxx-xx-1294**<br>**Internal Revenue Service**<br>**Insolvency, MS 5420-5430**<br>**Special Procedures**<br>**55 S. Market St.**<br>**San Jose, CA 95113-21334** | X | J | **Federal taxes owed for 2008** | | | | **17,132.00** | **17,132.00** | **$0.00** |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals➢<br>(Totals of this page) | $ **22,319.00** | $ **22,319.00**    $ **0.00** |
| Total ➢<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ **22,319.00** | |
| Total ➢<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ **22,319.00**    $ **0.00** |

In re  **Eric S. Swenson**                                    Case No.  <u>10-50739 RLE</u>
_____                                   _____
                    Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐       Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **ending in 1003** | | C | | | | | 13,145.41 |
| **American Express** P.O. Box 981535 El Paso, TX 79998-1535 | | | Credit Card | | | | |

<u>7</u>   Continuation sheets attached

|  | | |
|---|---|---|
| Subtotal ➢ | $ | **13,145.41** |
| Total ➢ | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Eric S. Swenson**                                     Case No.  **10-50739 RLE**
_____                          _____
                        **Debtor**                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **ending in 3005** | | C | | | | | **16,088.37** |
| **American Express** P.O. Box 981535 El Paso, TX 79998-1535  **NCO Financial Systems, Inc.** 507 Prudential Road Horsham, PA 19044  **NCO Financial Systems, Inc.** Dept. 07 PO Box 15760 Wilmington, DE 19850-5760 | | | **Credit Card** | | | | |
| ACCOUNT NO.   **ending in 2795** | | C | | | | | **103.45** |
| **Banana Republic** PO Box 530942 Atlanta, GA 30353-0942 | | | **Credit Card** | | | | |
| ACCOUNT NO.   **ending in 4210** | | C | | | | | **36,595.09** |
| **Bank of America** P.O. Box 15026 Wilmington, DE 19850-5026 | | | **Credit Card** | | | | |

Sheet no.  1  of  7  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $            **52,786.91**

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

In re  **Eric S. Swenson**                                                    Case No.  <u>10-50739 RLE</u>
_____                                  _____
                                    **Debtor**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **ending in 3360** | | C | | | | | **18,548.55** |
| **Bank of America** P.O. Box 15026 Wilmington, DE 19850-5026<br><br>**Northstar Location Services, LLC** 4285 Genesee Street Cheektowaga, NY 14225-1943 | | | **Credit Card** | | | | |
| ACCOUNT NO.  **ending in 0732** | | C | | | | | **23,737.69** |
| **Capital One Bank (USA), N.A.** P.O. Box 71083 Charlotte, NC 28272-1083<br><br>**Global Credit & Collection Corp** PO Box 101928, Dept 2417 Birmingham, AL 35210 | | | **Credit Card** | | | | |
| ACCOUNT NO.  **ending in 51267620** | | J | | | | | **24,010.00** |
| **Capitol One** PO Box 30281 Salt Lake City, Utah 84130 | | | **Credit Card** | | | | |
| ACCOUNT NO.  **85973** | | J | | | | X | **1.00** |
| **CBNA** 200 Creekside Drive Dickson, TN 37055 | | | **Second lien on 46810 Ocean View Drive, Gualala, CA 95445**<br><br>**Debtor is not named on this loan** | | | | |

Sheet no. <u>2</u> of <u>7</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➢  $   **66,297.24**

Total  ➢  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)**

In re    **Eric S. Swenson**                                  Case No. __10-50739 RLE___
                          Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    ending in 0400521 | | C | Credit Card | | | | 1,850.00 |
| Chase PO Box 1547 Orldando, FL 32802-1547 | | | | | | | |
| ACCOUNT NO.    ending in 6592 | | C | Credit Card | | | | 2,060.00 |
| Chase Health Advance PO Box 4758 Carol Stream, IL 60197-4758 | | | | | | | |
| ACCOUNT NO. | | | Rights and obligations disputes arising from contract | | | X | 1.00 |
| Christopher Piekarski 1344 Iris Court San Jose, CA 95125 | | | | | | | |
| ACCOUNT NO.    ending in 0430 | | C | Credit Card | | | | 24,800.15 |
| Citi Cards PO Box 91600 Albuquerque, NM 87199 | | | | | | | |
| Citi Cards PO Box 6077 Sioux Falls, SD 57117-6077 | | | | | | | |

Sheet no.  3 of 7 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➢   $         **28,711.15**

Total ➢   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Eric S. Swenson**                                      Case No.  **10-50739 RLE**

_____                      _____
                              **Debtor**                                   **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **177585021xxxx** <br><br> **Countrywide Home Loans** <br> **450 American Street** <br> **Simi Valley, CA 93065** | | | **Home loan for 1254 Clarkway, San Jose, CA 95125** <br><br> **Debtor was not on title nor on loan of property, but Debtor's business partner owned property** | X | X | | 1.00 |
| ACCOUNT NO.  **94725106** <br><br> **Countrywide Home Loans** <br> **450 American Street** <br> **Simi Valley, CA 93065** | | J | **Mortgage on 46810 Ocean View Drive, Gualala, CA 95445** <br><br> **Debtor is not named on this loan** | | | X | 368,000.00 |
| ACCOUNT NO.  **177585013xxxx** <br><br> **Countrywide Home Loans** <br> **450 American Street** <br> **Simi Valley, CA 93065** | | | **Home loan for 1254 Clarkway, San Jose, CA 95125** <br><br> **Debtor was not on title nor on loan of property, but Debtor's business partner owned property** | X | X | | 1.00 |
| ACCOUNT NO.  **ending in 2549** <br><br> **Discover Card** <br> **PO Box 30943** <br> **Salt Lake City, UT 84130** | | C | **Credit Card** | | | | 9,883.94 |
| ACCOUNT NO.  **ending in 0002 0063** <br><br> **Discover Card** <br> **PO Box 15316** <br> **Wilmington, DE 19850** | | C | **Credit Card** | | | | 11,786.00 |

Sheet no.  4 of 7 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $      **389,671.94**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Eric S. Swenson**                          Case No.  **10-50739 RLE**
_____        _____
**Debtor**                                         (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> E.F. Foley & Co. Inc. <br> 1500 E. Hamilton Ave., Suite 109 <br> Campbell, CA 95008 | | | Secured claim on 1064 Broadway, San Jose, CA 95125. The property was foreclosed in 2009. <br><br> **NOTICE ONLY** | | | | 0.00 |
| ACCOUNT NO. **C09-02609** <br><br> Ed Summerfield et al <br> c/o Russell. A. Robinson <br> Law office of Russell A. Robinson <br> 345 Grove Street, 1st Floor <br> San Francisco, CA 94102 | | | Civil suit no: C09-02609 <br> Complaint for damages <br><br> **NOTICE ONLY** | | X | X | 1.00 |
| ACCOUNT NO. **6683002960254** <br><br> Indymac Bank <br> 1 National City Parkway <br> Kalamazoo, MI 49009 | | | Home loan for foreclosed property located at 1064 Broadway Ave, San Jose CA 95125 | | X | | 1.00 |
| ACCOUNT NO. **ending in 9819 & 4406** | | C | Credit Cards (two different accounts ending in #9819 & #4406) | | | | 47,408.01 |
| JPMorgan Chase <br> 300 S. Grand Avenue - 4th Floor <br> Los Angeles, CA 90071 | | | | | | | |
| ACCOUNT NO. **C09-02609** | | J | Civil suit no: C09-02609 <br> Complaint for damages <br><br> **NOTICE ONLY** | | X | X | 1.00 |
| Leonardo Agustin <br> 950 Reserve Drive, Ste. 100 <br> Roseville, CA 95678 | | | | | | | |

Sheet no.  5 of 7 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ **47,411.01**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re   **Eric S. Swenson**                                         Case No.   **10-50739 RLE**
_____                                    _____
                          **Debtor**                                           **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **ending in 8051 7496** | | C | | | | | **20,165.00** |
| **Mechanics BK** **725 Alfred Noble Drive** **Hercules, CA 94547** | | | Auto bill | | | | |
| ACCOUNT NO. **ending in 9494** | | C | | | | | **3,344.10** |
| **Nordstrom** **PO Box 79137** **Phoenix, AZ 85062-9137** | | | Credit Card | | | | |
| ACCOUNT NO. | | | | | | X | **1.00** |
| **Sharon Piekarski** **1344 Iris Court** **San Jose, CA  95125** | | | Rights and obligations disputes arising from contract | | | | |
| ACCOUNT NO. **PEW-26983** | | | | | | | **367.19** |
| **Urological Surgeons of NoCA** **111 North Market Street, Suite 300** **San Jose, CA 95113-1116** | | | Medical Bill | | | | |
| ACCOUNT NO. **ending in 00589345** | | J | | | | | **53,876.00** |
| **US Bank** **PO Box 5227** **Cincinnati, OH 45201** | | | Line of credit | | | | |

Sheet no.  6 of 7 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ›  $            **77,753.29**

Total  ›  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Eric S. Swenson**                                    Case No. **10-50739 RLE**
                                    **Debtor**                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **756*600208.1**  Valley Radiology Medical Assoc. PO Box 49058 San Jose, CA 95161-9058 | | C | Medical Bill | | | | 126.00 |
| ACCOUNT NO. **00075849**  Valley Radiology Medical Assoc. PO Box 49058 San Jose, CA 95161-9058    Continental Credit Control PO Box 30348 Santa Clara, CA 93130-0348 | | | Medical Bill | | | | 834.09 |

Sheet no. _7_ of _7_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  > $  **960.09**

Total  > $  **676,737.04**

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re: <u>Eric S. Swenson</u>                     ,     Case No. <u>10-50739 RLE</u>
                **Debtor**                                                **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

In re:  **Eric S. Swenson**                                        .          Case No.   <u>**10-50739 RLE**</u>
_____
                                    **Debtor**                                                                                  *(If known)*

# SCHEDULE H - CODEBTORS

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Yun L. Swenson**<br>**1132 Brace Avenue**<br>**San Jose, CA 95125** | **Ali A. Weichler**<br>**1659 Belleville Way Unit C**<br>**Sunnyvale, CA  94087** |
| **Yun L. Swenson**<br>**1132 Brace Avenue**<br>**San Jose, CA 95125** | **Franchise Tax Board**<br>**P.O. Box 942867**<br>**Sacramento, CA 94267-0041** |
| **Yun L. Swenson**<br>**1132 Brace Avenue**<br>**San Jose, CA 95125** | **Internal Revenue Service**<br>**Insolvency, MS 5420-5430**<br>**Special Procedures**<br>**55 S. Market St.**<br>**San Jose, CA 95113-21334** |
| **Yun L. Swenson**<br>**1132 Brace Avenue**<br>**San Jose, CA 95125** | **National City Home Equity**<br>**4661 East Main St**<br>**Columbus, OH  43251** |
| **Yun L. Swenson**<br>**1132 Brace Avenue**<br>**San Jose, CA 95125** | **Penaat Trust Receivable**<br>**c/o William F. Locke-Paddon, Esq.**<br>**PO Box 1076**<br>**Aptos, CA 95001** |
| **Yun L. Swenson**<br>**1132 Brace Avenue**<br>**San Jose, CA 95125** | **Residential Funding Corp.**<br>**c/o CT Corporation System**<br>**servicing agent**<br>**818 West Seventh Street**<br>**Los Angeles, CA 90017** |

In re **Eric S. Swenson**                    Case No. **10-50739 RLE**

_____
Debtor                                               (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: **married** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |
| | **Daughter** | **5** |
| | **Son** | **3** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Real Estate Agent** | **Intern** |
| Name of Employer | **Sorrento Properties, Inc.** | **Public Defenders' Office** |
| How long employed | **1 month** | **1 month** |
| Address of Employer | **14938 Camden Ave. Ste. 204 San Jose, CA 95124** | **unpaid internship** |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ | 0.00 | $ | 0.00 |
| 2. Estimate monthly overtime | $ | 0.00 | $ | 0.00 |
| 3. SUBTOTAL | $ | 0.00 | $ | 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | 0.00 | $ | 0.00 |
| b. Insurance | $ | 0.00 | $ | 0.00 |
| c. Union dues | $ | 0.00 | $ | 0.00 |
| d. Other (Specify) | $ | 0.00 | $ | 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ | 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | 0.00 |
| 8. Income from real property | $ | 0.00 | $ | 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | 0.00 | $ | 0.00 |
| 11. Social security or other government assistance (Specify) | $ | 0.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ | 0.00 |
| 13. Other monthly income (Specify) | $ | 0.00 | $ | 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 0.00 | $ | 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 0.00 | $ | 0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | **$ 0.00** | | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document.:

In re __Eric S. Swenson__                                    Case No.    __10-50739 RLE__
                        **Debtor**                                            **(If known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

**Debtor had not received any payment from his current job.**
**In 2009, the Debtor was reimbursed for the loans he put into the business "Prime Residential Investment, Inc"**
**in the amount of $11,429.  The Debtor plans to cease operation of the business.**

In re **Eric S. Swenson** , Case No. **10-50739 RLE**

Debtor                                                     (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---:|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ | 4,000.00 |
| a. Are real estate taxes included?     Yes _____     No ✓ | | | |
| b. Is property insurance included?     Yes _____     No ✓ | | | |
| 2. Utilities: a. Electricity and heating fuel | | $ | 290.00 |
| b. Water and sewer | | $ | 120.00 |
| c. Telephone | | $ | 41.00 |
| d. Other **Cable** | | $ | 41.00 |
| **Cell phone** | | $ | 130.00 |
| **Garbage** | | $ | 60.00 |
| **Internet** | | $ | 41.00 |
| 3. Home maintenance (repairs and upkeep) | | $ | 75.00 |
| 4. Food | | $ | 700.00 |
| 5. Clothing | | $ | 200.00 |
| 6. Laundry and dry cleaning | | $ | 10.00 |
| 7. Medical and dental expenses | | $ | 400.00 |
| 8. Transportation (not including car payments) | | $ | 428.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 150.00 |
| 10. Charitable contributions | | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | |
| a. Homeowner's or renter's | | $ | 120.00 |
| b. Life | | $ | 183.34 |
| c. Health | | $ | 268.00 |
| d. Auto | | $ | 201.00 |
| e. Other _____ | | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | |
| (Specify)   **Property Tax** | | $ | 767.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | |
| a. Auto | | $ | 542.00 |
| b. Other   **2nd lien on 34620 & 34600 S. 1 Highway** | | $ | 1,250.00 |
| 14. Alimony, maintenance, and support paid to others | | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 0.00 |
| 17. Other **Child care costs** | | $ | 1,500.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | 11,517.34 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| | | | |
|---|---|---:|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | | |
| a. Average monthly income from Line 15 of Schedule I | | $ | 0.00 |
| b. Average monthly expenses from Line 18 above | | $ | 11,517.34 |
| c. Monthly net income (a. minus b.) | | $ | -11,517.34 |

In re  **Eric S. Swenson**             Case No.   **10-50739 RLE**

          **Debtor**                                                                   (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

      I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of       **32**
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date:  **3/29/2010**                                   Signature:   **s/ Eric S. Swenson**

                                                              **Eric S. Swenson**

                                                            Debtor

                                     [If joint case, both spouses must sign]

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

(NOT  APPLICABLE)

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*