

> The following constitutes
> the order of the court. Signed May 12, 2010
>
> _____
> Roger L. Efremsky
> U.S. Bankruptcy Judge
> _____

DEVIN DERHAM-BURK
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA  95150-0013

Telephone:  (408) 354-4413
Facsimile:   (408) 354-5513

Trustee for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re:                              )   Chapter 13
                                    )
ERIC S SWENSON                      )   Case No. 10-50739 RLE
                                    )
                                    )
           Debtor                   )

### ORDER APPROVING FINAL REPORT AND ACCOUNT
### AND DISCHARGING TRUSTEE

The above named Debtor's proceedings having been converted to a Chapter 7 on March 29, 2010 and DEVIN DERHAM-BURK, Trustee herein having submitted her Final Report showing all required distributions have been duly made, IT IS ORDERED that said Final Report be, and it is hereby approved;  and IT IS FURTHER ORDERED that the Trustee be, and she is hereby discharged, and she and the surety of her bond are relieved of further liability in these proceedings.

* * * END OF ORDER * * *