THE MLNARIK LAW GROUP, INC
JOHN L. MLNARIK (SBN 257882)
ANGIE Y.C. TONG (SBN 262317)
2328 Walsh Avenue, Suite H
Santa Clara, CA  95051
Telephone: (408) 919-0088
Facsimile: (408) 919-0188

Attorneys for Debtor

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**

IN RE:

ERIC S. SWENSON

        Debtor

) Chapter 13
)
) Bankruptcy No.: 10-50739 RLE
)
)
)
)
)
)
) HON. ROGER L. EFREMSKY

**AMENDMENT TO CREDITOR MAILING MATRIX**

Please add the following names and addresses to the master address list for the above captioned case:

    Norman Rose
    4460 Junipero Serra Lane
    San Jose, CA 95129

    Sheri Rose
    4460 Junipero Serra Lane
    San Jose, CA 95129

                                               THE MLNARIK LAW GROUP, INC.

Date: <u>May 14, 2010</u>                                /s/ ANGIE Y.C. TONG
                                                            ANGIE Y.C. TONG