| | |
|---|---|
| CASPER J. RANKIN (CA SBN 249196)<br>TRAVIS J. LILLIE (CA SBN 267339)<br>JOSEPH C. DELMOTTE (CA SBN 259460)<br>PITE DUNCAN LLP<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-0933<br>Telephone: (858) 750-7600<br>Facsimile: (619) 590-1385 | |

Attorneys for PNC MORTGAGE, A DIVISION OF PNC BANK, NATIONAL ASSOCIATION, FORMERLY KNOWN AS NATIONAL CITY MORTGAGE

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>ERIC S SWENSON,<br><br>Debtor(s). | Case No. 10-50739<br><br>Chapter 7<br><br>R.S. No. TJL-126<br><br>EXHIBITS TO [PROPOSED] ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY<br>(11 U.S.C. § 362 and Bankruptcy Rule 4001)<br><br>DATE: September 8, 2010<br>TIME: 10:30 AM<br>CTRM: 3099<br><br>280 South 1st St. #3035<br>San Jose, CA 95113-3099 |

/././

/././

/././

/././

/././

/././

/././

/././

- 1 -

# Legal Description

All that certain real property situated in the County of Santa Clara, State of California, described as follows:

(City of San Jose)

Portions of Lot 1, as shown upon that certain Map entitled, "Map of a part of the Narvais Rancho owned by and Subdivision of Messrs, Hills and Sampson", which Map was filed for record in the office of the Recorder of the County of Santa Clara, State of California, on November 16, 1869 in Book C of Miscellaneous Records, Page 455, and more particularly described as follows:

Beginning at a 2" x 3" chamfered stake set at the point of intersection of the Southeasterly line of Brace avenue with Southwesterly line of Lot 1 as said lot is shown on the Map above referred to, said along the Southwesterly line of said Lot 1, South 30° 35' East 270.70 feet from a 2" x 3" chamfered hub set at the Northwesterly corner of beginning along the said Southwesterly line of said Lot 1, South 30° 35' East 122.56 feet to an iron pipe; thence North 59° 25' East 37.88 feet to an iron pipe; thence North 30° 35' West 41 feet to an iron pipe; thence North 59° 25' East 37.88 feet to an iron pipe; thence North 30° 35' West 41 feet to an iron pipe; thence North 59° 25' East 41.36 feet to an iron pipe; thence 30° 35' West along said last named line 79.24 feet to the point of beginning, as shown upon that certain map entitled. "Record of Survey Map of a Portion of Lot 1, Hills and Sampson subdivision", which Map was filed for record in the office of the Recorder of the County of Santa Clara, State of California, on February 14, 1951 I Book 29 of Maps, at Page 40.

*Commonwealth Land Title Company*
*2020 S. Bascom Avenue, Suite G • Campbell, CA 95008 • Phone: (408) 371-1330 • Fax: (408) 377-4987*