Entered on Docket
September 21, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes
the order of the court. Signed September 21, 2010

_____
Roger L. Efremsky
U.S. Bankruptcy Judge
_____

CASPER J. RANKIN (CA SBN 249196)
TRAVIS J. LILLIE (CA SBN 267339)
JOSEPH C. DELMOTTE (CA SBN 259460)
PITE DUNCAN LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for PNC MORTGAGE, A DIVISION OF PNC BANK, NATIONAL ASSOCIATION, FORMERLY KNOWN AS NATIONAL CITY MORTGAGE

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>ERIC S SWENSON,<br><br><br><br><br><br><br><br><br>Debtor(s). | Case No. 10-50739<br><br>Chapter 7<br><br>R.S. No. TJL-126<br><br>ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY<br><br>DATE: September 8, 2010<br>TIME: 10:30 AM<br>CTRM: 3099<br><br>Northern District of California - San Jose Division<br>United States Bankruptcy Court<br>280 South 1st St. #3035<br>San Jose, CA 95113-3099 |

The above-captioned matter came on for hearing on September 8, 2010, at 10:30 AM, in Courtroom 3099, upon the Motion of PNC Mortgage, a division of PNC Bank, National Association, formerly known as National City Mortgage ("Movant"), for relief from the automatic stay of 11 U.S.C. § 362, to enforce its interest in the property of Eric S Swenson ("Debtor") commonly known as 1132 Brace Ave, San Jose, California 95125 (the "Real Property"), which is legally described as follows:

- 1 -

SEE LEGAL DESCRIPTION AS EXHIBIT FOR PROPOSED ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY, DOCKET NUMBER 50.

Appearances as noted on the record.

Based on the arguments of counsel, and good cause appearing therefor,

IT IS HEREBY ORDERED:

1. The automatic stay of 11 U.S.C. § 362, is hereby terminated as it applies to the enforcement by Movant of all of its rights in the Real Property under Note and Deed of Trust, and pursuant to applicable state law;

2. Movant is authorized to foreclose its security interest in the Real Property under the terms of the Note and Deed of Trust, and pursuant to applicable state law;

3. The 14-day stay provided by Bankruptcy Rule 4001 (a)(3) is waived;

4. Upon foreclosure, in the event Debtor fails to vacate the Real Property, Movant may proceed in State Court for unlawful detainer pursuant to applicable state law.

** END OF ORDER **

| | |
|---|---|
| 1 | **COURT SERVICE LIST** |

| | |
|---|---|
| 2 | Pite Duncan LLP |
|   | 4375 Jutland Drive, Suite 200 |
| 3 | P.O. Box 17933 |
|   | San Diego, CA 92177-0933 |
| 4 | |
|   | Eric S Swenson |
| 5 | 1132 Brace Avenue |
|   | San Jose, CA 95125 |
| 6 | |
|   | Angie YC Tong |
| 7 | 2328 Walsh Avenue. #H |
|   | Santa Clara, CA 95051 |
| 8 | Debtor Attorney |
| 9 | Mohamed Poonja |
|   | P.O. Box 1510 |
| 10 | Los Altos, CA 94023-1510 |
|   | Chapter 7 Trustee |
| 11 | |
|   | U.S. Trustee |
| 12 | U.S. Federal Bldg. |
|   | 280 S 1st St. #268 |
| 13 | San Jose, CA 95113-3004 |
| 14 | National City Home Equity |
|   | c/o Managing or Servicing Agent |
| 15 | 4661 East Main St. |
|   | Columbus, OH 43251 |
| 16 | |
|   | Santa Clara County Tax Collector |
| 17 | County Government Center East Wing |
|   | 70 W. Hedding Street |
| 18 | San Jose, CA 95110 |
| 19 | Yun Lee Swenson |
|   | 1132 Brace Avenue |
| 20 | San Jose, CA 95125 |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |