Case No: 10-50739 RLE Judge: ROGER L. EFREMSKY  
Case Name: SWENSON, ERIC S  
For Period Ending: 11/29/10

Trustee Name: M. Poonja  
Date Filed (f) or Converted (c): 03/29/10 (c)  
341(a) Meeting Date: 05/14/10  
Claims Bar Date:

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1132 Brace Avenue San Jose, CA 95125-0000 - - 2 be  RFS granted | 354,964.50 | 0.00 | DA | 0.00 | FA |
| 2. 46810 Ocean View Lane Gualala, CA 95445 -- Investm  Debtor states he is 25% owner Total Value $329K Total Debt $ 368K | 82,250.00 | 0.00 | DA | 0.00 | FA |
| 3. Cash on hand  Debtor claimed 100% Exempt - Sched C | 65.00 | 0.00 | DA | 0.00 | FA |
| 4. Bank of America checking account # XX-X-9819  Debtor claimed 100% Exempt - Sched C | 17.54 | 0.00 | DA | 0.00 | FA |
| 5. Bank of America savings account #XX-X-0286  Debtor claimed 100% Exempt - Sched C | 20.07 | 0.00 | DA | 0.00 | FA |
| 6. Chase checking account #XX-X-3513  Debtor claimed 100% Exempt - Sched C | 1,091.95 | 0.00 | DA | 0.00 | FA |
| 7. Basement furniture  Debtor claimed 100% Exempt - Sched C | 100.00 | 0.00 | DA | 0.00 | FA |
| 8. Bedroom furniture  Debtor claimed 100% Exempt - Sched C | 500.00 | 0.00 | DA | 0.00 | FA |
| 9. Bicycles  Debtor claimed 100% Exempt - Sched C | 500.00 | 0.00 | DA | 0.00 | FA |
| 10. Camera | 100.00 | 0.00 | DA | 0.00 | FA |
| 11. Dining room furniture | 500.00 | 0.00 | DA | 0.00 | FA |
| 12. Dishes and silverware  Debtor claimed 100% Exempt - Sched C | 150.00 | 0.00 | DA | 0.00 | FA |
| 13. Fridge  Debtor claimed 100% Exempt - Sched C | 350.00 | 0.00 | DA | 0.00 | FA |
| 14. Gardening and carpentry tools  Debtor claimed 100% Exempt - Sched C | 200.00 | 0.00 | DA | 0.00 | FA |

Case No: 10-50739  RLE  Judge: ROGER L. EFREMSKY
Case Name: SWENSON, ERIC S

Trustee Name: M. Poonja
Date Filed (f) or Converted (c): 03/29/10 (c)
341(a) Meeting Date: 05/14/10
Claims Bar Date:

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 15. Home computers | 520.00 | 0.00 | DA | 0.00 | FA |
| 16. Living room furniture | 500.00 | 0.00 | DA | 0.00 | FA |
| Debtor claimed 100% Exempt - Sched C | | | | | |
| 17. Microwave | 50.00 | 0.00 | DA | 0.00 | FA |
| Debtor claimed 100% Exempt - Sched C | | | | | |
| 18. Patio furniture | 200.00 | 0.00 | DA | 0.00 | FA |
| Debtor claimed 100% Exempt - Sched C | | | | | |
| 19. Records & CDs | 100.00 | 0.00 | DA | 0.00 | FA |
| 20. Small household appliances | 200.00 | 0.00 | DA | 0.00 | FA |
| Debtor claimed 100% Exempt - Sched C | | | | | |
| 21. Sports equipment | 100.00 | 0.00 | DA | 0.00 | FA |
| Debtor claimed 100% Exempt - Sched C | | | | | |
| 22. Sports equipment | 300.00 | 0.00 | DA | 0.00 | FA |
| Debtor claimed 100% Exempt - Sched C | | | | | |
| 23. Stereo system | 500.00 | 0.00 | DA | 0.00 | FA |
| 24. Stove | 350.00 | 0.00 | DA | 0.00 | FA |
| Debtor claimed 100% Exempt - Sched C | | | | | |
| 25. Television set | 500.00 | 0.00 | DA | 0.00 | FA |
| 26. Artwork | 500.00 | 0.00 | DA | 0.00 | FA |
| Debtor claimed 100% Exempt - Sched C | | | | | |
| 27. Books & CDs | 250.00 | 0.00 | DA | 0.00 | FA |
| 28. Children's Clothing | 250.00 | 0.00 | DA | 0.00 | FA |
| 29. Debtor's Clothing | 500.00 | 0.00 | DA | 0.00 | FA |
| Debtor claimed 100% Exempt - Sched C | | | | | |
| 30. Wife's Clothing | 500.00 | 0.00 | DA | 0.00 | FA |
| Debtor claimed 100% Exempt - Sched C | | | | | |

Case No: 10-50739 RLE Judge: ROGER L. EFREMSKY  Trustee Name: M. Poonja
Case Name: SWENSON, ERIC S  Date Filed (f) or Converted (c): 03/29/10 (c)
341(a) Meeting Date: 05/14/10
Claims Bar Date:

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 31. Jewelry and watches | 12,000.00 | 0.00 | DA | 0.00 | FA |
| 32. Life insurance policy for Debtor - zero cash value | 0.00 | 0.00 | DA | 0.00 | FA |
| Debtor claimed 100% Exempt - Sched C | | | | | |
| 33. Life insurance policy for wife - zero cash value | 0.00 | 0.00 | DA | 0.00 | FA |
| Debtor claimed 100% Exempt - Sched C | | | | | |
| 34. Education 529 acct # #00704905041 for daughter val | 0.00 | 0.00 | DA | 0.00 | FA |
| Debtor claimed 100% Exempt - Sched C | | | | | |
| 35. Education 529 acct # #00704905041 for son valued a | 0.00 | 0.00 | DA | 0.00 | FA |
| Debtor claimed 100% Exempt - Sched C | | | | | |
| 36. Debtor owns 100% shares of Prime Residential Inves | 0.00 | 0.00 | DA | 0.00 | FA |
| Debtor claimed 100% Exempt - Sched C | | | | | |
| 37. Loans to defunct company - Strategic Lending compa | 0.00 | 0.00 | DA | 0.00 | FA |
| Debtor claimed 100% Exempt - Sched C | | | | | |
| 38. 2001 BMW X5 4.4i 140,000 miles | 8,625.00 | 0.00 | DA | 0.00 | FA |
| Debtor claimed 100% Exempt - Sched C | | | | | |
| 39. 2004 Porsche Cayenne 72,000 miles | 22,830.00 | 0.00 | DA | 0.00 | FA |
| 40. 34620 & 34600 S highway 1 Gualala CA 95445 | 350,000.00 | 0.00 | DA | 0.00 | FA |
| Debtor owns it jointly with his wife Total Value $700K total Debt $869K per Debtor | | | | | |

TOTALS (Excluding Unknown Values)  $839,584.06   $0.00   $0.00   Gross Value of Remaining Assets $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

| | | |
|---|---|---|
| Case No: | 10-50739 RLE Judge: ROGER L. EFREMSKY | Trustee Name: M. Poonja |
| Case Name: | SWENSON, ERIC S | Date Filed (f) or Converted (c): 03/29/10 (c) |
| | | 341(a) Meeting Date: 05/14/10 |
| | | Claims Bar Date: |

\*\*\* 2010 Trustee has completed his investigation on the real property issues and NDR was filed 11/29/2010

Initial Projected Date of Final Report (TFR):  / /        Current Projected Date of Final Report (TFR):  / /